ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2600

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) In Proceedings under Chapter 11 |
| | ) |
| SIERRA BLANCA REHABILITATION, LLC, | ) Case No.: 2:12-bk-10157-MCW |
| | ) |
| | ) NOTICE OF LODGING PROPOSED CONSENT |
| | ) ORDER RESOLVING UNITED STATES |
| Debtor, | ) TRUSTEE'S MOTION TO CONVERT OR |
| | ) DISMISS DEBTORS' CHAPTER 11 CASE |
| | ) |

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, the proposed form of Consent Order attached hereto as Exhibit "A" was lodged with the United States Bankruptcy Court this 9th day of September, 2014.

RESPECTFULLY SUBMITTED this 9th day of September, 2014.

                              ILENE J. LASHINSKY
                              United States Trustee
                              District of Arizona

                              /s/ Edward K. Bernatavicius
                              EDWARD K. BERNATAVICIUS
                              Trial Attorney

Copy of the foregoing electronically mailed
the 9th day of September, 2014, to:

Donald W. Powell
Carmichael & Powell, PC
7301 N. 16th St. #103
Phoenix, AZ 85020
dpowell@cplawfirm.com
Attorney for Debtor

/s/ C. Hoover