ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave, Suite 204
Phoenix, Arizona 85003
(602)682-2608

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SIERRA BLANCA REHABILITATION, LLC<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:12-bk-10157-MCW<br><br>CONSENT ORDER RESOLVING UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE |

On August 4, 2014, the United States Trustee ("UST") filed a motion to convert or dismiss this chapter 11 case ("Motion") for failing to file operating reports, failing to pay quarterly fees and failing to show a reasonable likelihood of reorganization through the Debtor's confirmed Plan of Reorganization. The Court set hearing on the Motion for September 3, 2014. On August 27, 2014, the Debtor through its attorney, Donald Powell ("Attorney Powell"), filed a Response to the UST's Motion ("Response") describing the financial history of the Debtor and how the Debtor is able to proceed within the Chapter 11 proceeding. Prior to the hearing on the UST Motion, the Debtor cured its post-confirmation quarterly report delinquency through 2nd quarter 2014. The Debtor also tendered one payment of $6,105.41 toward the quarterly fee delinquency at the September 3rd hearing. Accounting for the payment of $6,105.41, the Debtor remains delinquent to the UST in payment of quarterly fees through 2nd quarter 2014 in the amount of $20,000.00. Undersigned counsel for the UST and Attorney Powell discussed the

Motion, Response, documents filed and the Debtor's overall reorganization. The undersigned attorney for the United States Trustee and counsel for the Debtor, having discussed the Motion and the intentions of the Debtor, now represent that the parties have reached an agreement resolving the Motion. The terms of the agreement are set forth below. The parties hereby agree and stipulate to the following:

1. From October 1, 2014, through January 1, 2014 (cure period), the Debtor will pay $5,000.00 on the first of every month to the UST in order cure the reaming $20,000.00 delinquency in quarterly fees owed the UST through 2nd quarter 2014. The Debtor must provide proof to the UST that each payment has been tendered by the 1st of each month. Failure to provide proof of payment is grounds for the UST to file a Notice of Noncompliance under this order.

2. The Debtor is to remain current with payment of all prospective quarterly fees beginning with 3rd quarter 2014.

3. The Debtor is to remain current with the filing of all post-confirmation quarterly reports.

4. If the Debtor fails to comply with any provision of the consent order, the United States Trustee may file a Notice of Noncompliance ("NNC") with the Court and provide the Debtor and Attorney Powell with Notice of the NNC via regular and electronic mail. The Debtor shall have 10 days from the filing of the NNC to cure any delinquency. If the Debtor fails to cure any delinquency complained of in the NNC within the 10 day cure period, the UST may upload an order dismissing this case. If the United States Trustee lodges an order dismissing the case, the Debtor shall not contest the order.

DATED AND SIGNED ABOVE

We consent to the form and entry of this order:

| | |
|---|---|
| *signature* | *signature* |
| Donald W. Powell | Edward K. Bernatavicius |
| Carmichael & Powell, PC | Office of the United States Trustee |
| 7301 N. 16th Street., #103 | 230 N. 1st Avenue, Suite 204 |
| Phoenix, AZ 85020 | Phoenix, AZ 85003 |
| (602) 861-0777 | (602) 682 – 2608 |
| dpowell@cplawfirm.com | edward.k.bernatavicius@usdoj.gov |
| Attorney for the Debtors | Attorney for the U.S. Trustee, Ilene Lashinsky |